IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| AMAR ALI | : | VIOLATION: |
| | : | 29 U.S.C § 439(a), (b) (Failure to maintain |
| | : | union records - 1 count) |

## INFORMATION

### COUNT ONE

THE UNITED STATES ATTORNEY CHARGES THAT:

1. At all times material to this information, the Brotherhood of Maintenance of Way Employees, Sub-Lodge 695 was a labor organization engaged in an industry and activity affecting commerce and subject to the Labor Management Reporting and Disclosure Act.

2. Between on or about July 11, 2005 and October 30, 2006, in the Eastern District of Pennsylvania, defendant

### AMAR ALI

knowingly and unlawfully failed to maintain documents, reports, and other records in connection with his position as Secretary-Treasurer of the Brotherhood of Maintenance of Way Employees, Sub-Lodge 695.

In violation of Title 29, United States Code, Sections 439(a), (b).

ZANE DAVID MEMEGER
United States Attorney